**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Central Laborers Pension Fund, et al.
Plaintiff,
v.
Case No.: 1:14−cv−03307
Honorable Jeffrey T. Gilbert
Aces Environmental Consulting Corp., et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 24, 2016:

MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 5/24/16. Motion hearing held on 5/24/16 on Plaintiffs' Motion to Compel Discovery [62]. For the reasons stated on the record, Plaintiffs' Motion is granted with respect to the relief requested in their Motion at paragraph 3(a), denied with respect to paragraph 3(b) and denied with respect to paragraph 3(c). Defendant Property Recycling Services Corp. shall respond to Plaintiffs' outstanding interrogatories and document requests by 6/14/16. THIS IS THE FINAL EXTENSION OF TIME FOR THIS DEFENDANT TO RESPOND TO THIS LONG−OUTSTANDING DISCOVERY. NO FURTER EXTENSIONS WILL BE GRANTED. By 5/31/16, Defendant Property Recycling Services Corp. shall provide to Plaintiffs the ownership interests referenced in paragraph 3(a) of Plaintiffs' Motion [62]. At Movants' request, the hearing on Defendants' Motion to Withdraw [60] is reset from 6/2/16 at 9:15 a.m. to 6/16/16 at 10:00 a.m. Movants shall supplement the Motion with a confirmation notice that the corporate defendants have been informed that corporate entities cannot represent themselves in this court and must be represented by counsel or risk having default judgment entered against them. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.